**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RENIQUE R. GREENLY,
    Plaintiff,

               Case No. 14-12345
  v.            HON. TERRENCE G. BERG

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 25)

    This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's July 27, 2015, Report and Recommendation (Dkt. 25) recommending that Plaintiff's motion for summary judgment be granted in part to the extent that she seeks remand and denied in part to the extent she seeks reversal and a direct award of benefits, that Defendant's motion for summary judgment be denied, and this case be remanded for further consideration.

    The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1).  The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*.  Where, as here, neither party objects to the report, the district court is not obligated to independently review the record.  *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).  Nevertheless, the Court has reviewed the record and does hereby accept the

Magistrate Judge Stafford's Report and Recommendation of July 27, 2015 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Stafford's Report and Recommendation (Dkt. 25) is **ACCEPTED** and **ADOPTED**.  It is **FURTHER ORDERED** that Plaintiff's motion for summary judgment (Dkt. 14) **IS GRANTED IN PART** to the extent that she seeks remand and **DENIED IN PART** to the extent she seeks reversal and a direct award of benefits.  Further, Defendant's motion for summary judgment (Dkt. 22) **IS DENIED** and the case is **REMANDED** for further consideration.

**SO ORDERED.**

Dated:  August 21, 2015                           s/Terrence G. Berg
                                                  TERRENCE G. BERG
                                                  UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically submitted on August 21, 2015, using the CM/ECF system, which will send notification to all parties.

                                                  s/A. Chubb
                                                  Case Manager